[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12046

Non-Argument Calendar

_____

SHANNON SIMMONS,
ERANUS ROBERSON,

                              Plaintiffs-Appellants,

*versus*

FUTO'S, INC.,
NOMAN RASHID,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                        Opinion of the Court                        23-12046

D.C. Docket No. 1:21-cv-03591-TWT

_____

Before JILL PRYOR, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

Upon our review of the record and the parties' responses to the jurisdictional questions, this appeal is DISMISSED for lack of jurisdiction. The August 10, 2022 joint stipulation of voluntary dismissal was ineffective to dismiss Appellants' claims against Steve and Charles Futo because it was not signed by all parties that had appeared in the litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). The stipulation was signed only by counsel for the respective parties to the dismissal, and was not signed by counsel for Appellees. Accordingly, the purportedly-dismissed claims remain pending before the district court, and we thus lack jurisdiction to consider this appeal. *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012).